UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:94CR174-V |
|---|---|---|
| v. | ) | |
| | ) | ORDER TO DESTROY OR |
| (01) ANTOINE DRAKEFORD | ) | DISPOSE OF EVIDENCE |
| (02) JACK CAMPUS GORDON | ) | |

THIS MATTER is before the Court upon Motion of the United States for destruction or disposal of evidence.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Federal Bureau of Investigation is in possession of weapons and other similar devices, which were seized at the time of defendants' arrest.

For good cause shown, IT IS, THEREFORE, ORDERED that the Motion of the United States be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the firearms described as:

Intertec 9 mm. machine pistol, serial number D010899 (seized from Drakeford);

Dan Wesson .357 magnum revolver, serial number 365561 (seized from Gordon);

Foglio 9 mm. semi-automatic handgun, serial number G11954 (seized from Gordon);

Walther PPK/S .380 semi-automatic handgun, serial number 150417 (seized from Gordon);

be destroyed or disposed of in accordance with the usual procedures of the Federal Bureau of Investigation.

The Clerk is directed to certify copies of this Order to the Federal Bureau of Investigation, and the United States Attorney.

Signed: October 31, 2006

Frank D. Whitney
United States District Judge